In the Matter of RICHARD PARRISH et al., Appellants, against MAXIMILIAN MOSS et al., Constituting the Board of Education of the City of New York, et al., Respondents.— No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ.   [200 Misc. 375.]

WINIFRED JAMES, Respondent, v. LIONEL ROBINSON, as Administrator of the Estate of CYRIL A. ROBINSON, Deceased, Appellant.— (Gurland v. Gurland, 256 App. Div. 924.)   Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

SHOLIEM JOLLOWSKY, Respondent, v. GEORGE L. SHAW, Appellant.— No opinion.   Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.   [See post, p. 666; 280 App. Div. 895.]

KATHERINE KEHOE et al., Respondents, v. RUDOLPH KOUBEK, Appellant.— Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

PAUL KLAFFKE, Respondent, v. COUNTY OF NASSAU et al., Appellants.— No opinion.   Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.